In re: Stanley Reid **HENRICKSEN**, Debtor,

**Hartford Life and Accident Insurance Company, Appellee,**

v.

**Stanley Reid Henricksen, Appellant,**

**Nauni Jo Manty, Appellee.**

**No. 05–2639.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 16, 2006.

Decided: June 21, 2006.

Eric Tostrud, Lockridge & Grindal, Margaret Henrietta Culp, Blackwell & Igbanugo, Minneapolis, MN, for Appellees.

Stanley Reid Henricksen, Duluth, MN, pro se.

Nauni Jo Manty, Rider & Bennett, Minneapolis, MN, pro se.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Debtor Stanley Henricksen (Henricksen) appeals the Bankruptcy Appellate Panel's (BAP's) denial of his Federal Rule of Civil Procedure 60(b) motion. We hold the BAP did not abuse its discretion in denying Henricksen's Rule 60(b) motion. *See In re Kirwan*, 164 F.3d 1175, 1177 (8th Cir.1999) (standard review). Accordingly, we affirm. *See* 8th Cir. R. 47B.